No. 451. RICE *v.* ARNOLD, SUPERINTENDENT OF THE MIAMI SPRINGS COUNTRY CLUB. The petition for writ of certiorari to the Supreme Court of Florida is denied for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Robert L. Carter,*

*John D. Johnson* and *Thurgood Marshall* for petitioner. *J. W. Watson, Jr.* and *John D. Marsh* for respondent.